**[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 135.]**

THE STATE EX REL. REPASZ, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Repasz v. Indus. Comm.*, 1998-Ohio-149.]

*Workers' compensation—Court of appeals' judgment reversed and payment of wage-loss compensation benefits ordered.*

(No. 96-2653—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD11-1433.

————————————

*McCrory & Clark Co., L.P.A., Kurt M. Young* and *Christopher S. Clark*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Cordelia A. Glenn*, Assistant Attorney General, for appellee Industrial Commission.

*Overly Spiker Chappano & Wood, L.P.A., Douglas E. Spiker* and *Lev K. Martyniuk*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The Industrial Commission is ordered to pay wage-loss compensation benefits from May 15, 1992.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————